GOOD ROADS MACHINERY CO. v. HENRY COUNTY, ALA.

(Circuit Court of Appeals, Fifth Circuit. October 31, 1916.)

No. 2987.

COUNTIES ☞113(1)—CLAIMS AGAINST COUNTIES—ARBITRATION—AUTHORITY OF COMMISSIONERS.

As Code Ala. 1907, § 958, limits the authority of county commissioners to the allowance or rejection of claims, the commissioners have no authority to bind the county to a submission of a claim to arbitration.

[Ed. Note.—For other cases, see Counties, Cent. Dig. §§ 174, 176; Dec. Dig. ☞113(1).]

In Error to the District Court of the United States for the Middle District of Alabama; Henry D. Clayton, Judge.

Action by the Good Roads Machinery Company against Henry County. There was a judgment for defendant, and plaintiff brings error. Affirmed.

Frank S. White, of Birmingham, Ala., and Philip H. Stern, of Montgomery, Ala., for plaintiff in error.

Ray Rushton, of Montgomery, Ala., for defendant in error.

Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. The main question presented in this case is whether the board of county commissioners of Henry county, Ala., had power to submit the allowance of the plaintiff's claim to arbitration, and thereby bind the county. The lower court held that the county commissioners had no such power.

With that holding we concur. The authority of the commissioners was limited to the allowance or rejection of the claim. Code Ala. 958; Ex parte 'Selma & Gulf R. R., 46 Ala. 246; Commissioners' Court v. Moore, 53 Ala. 25–27; Myers v. Gibson, 147 Ind. 452, 46 N. E. 914. The case seems to have been correctly ruled in the trial court, and we find no reversible error in the record.

Judgment affirmed.